UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORRAINE ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC., et al.,<br><br>　　　　Defendants. | Case No.　5:15-cv-04408-EJD<br><br>**ORDER TO SHOW CAUSE** |

On September 30, 2015, the Clerk issued a notice which scheduled a Case Management Conference for this action on February 18, 2016, and required the parties to file a Joint Case Management Conference Statement on or before February 11, 2016.  Dkt. No. 11.  As of the date and time this order was filed, however, the court has not received a statement from any party, joint or otherwise.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiff does not, by **February 19, 2016**, file or cause to be filed a case management conference statement which conforms to the undersigned's applicable Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

1

Case No.: 5:15-cv-04408-EJD
ORDER TO SHOW CAUSE

1    In light of this order, the Case Management Conference scheduled for February 18, 2016,
2  is VACATED and will be reset if necessary upon resolution of the issue addressed herein.

4  **IT IS SO ORDERED.**
5  Dated:  February 16, 2016



EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04408-EJD
ORDER TO SHOW CAUSE

2