UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| LORRAINE ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC., et al.,<br><br>　　　　　Defendants. | Case No.  5:15-cv-04408-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On February 16, 2016, the court issued an order requiring Plaintiff Lorraine Anderson ("Plaintiff") to show cause why this action should not be dismissed for failure to prosecute after she failed to file a case management conference statement. Dkt. No. 20.  Plaintiff filed a return to the order to show cause on February 19, 2016, explaining that she did not file a statement because she believed the action had been resolved against all defendants.

Since Plaintiff has satisfied the obligation to show good cause, the order filed on February 16th is DISCHARGED.  The Clerk shall close this file because all defendants have now been dismissed.

**IT IS SO ORDERED.**

Dated: February 19, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04408-EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE

United States District Court
Northern District of California